134 A.3d 448

Anthony TORTORICE,

v.

John FINCH, Appellant.

Supreme Court of Pennsylvania.

April 12, 2016.

## ORDER

Justice CHRISTINE DONOHUE.

**AND NOW,** this 12th day of April, 2016, Petitioner's Emergency Petition for Review is denied as **MOOT.**